UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                          Cr. No. 05-80421
v.                            Honorable: LAWRENCE P. ZATKOFF

NATAHSA MONIQUE PURIFOY,

        Defendant.
_____/

## ORDER FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER

This matter having come before the Court pursuant to the parties Stipulation to for an extension of time for the Defendant to surrender to the designated facility and the Court being advised as to the premises;

**IT IS HEREBY ORDERED** that the Defendant's surrender date is extended from May 26, 2006 to June 15, 1006.                .

**SO ORDERED.**

                                        s/Lawrence P. Zatkoff
                                        HONORABLE LAWRENCE P. ZATKOFF
                                        United States District Judge

Entered:  May 22, 2006